BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**BRITTANY J. SCHOEPP-WONG**
bschoeppwong@bsk.com
P: 646.253.2342

October 2, 2026

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Chambers 2220
New York, NY 10007

***Re: Rachel Varley v. New York University and Hillel International Inc., Case No. 1:26-CV-4339(LAP)***

Dear Judge Preska:

We represent defendant New York University ("NYU") in the above-referenced matter.

In the course of preparing NYU's reply memorandum of law filed today, it came to our attention that the Plaintiff's EEOC charge allegations included a stray reference to a portion of a student's name, which in all other instances in the EEOC matter and this litigation was referred to by Plaintiff as "Student A." A copy of Plaintiff's EEOC charge was attached to the Schoepp-Wong Declaration of August 28, 2026 (Dkt. No 33-2). Consistent with the provisions of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, which restrict the sharing of student information, NYU files as an exhibit to this letter a redacted version of the EEOC charge that removes Plaintiff's reference to part of the name of the student, but is otherwise identical to the document filed as Dkt. No. 33-2.

Consistent with ECF Rule 21.7, we request that Your Honor formally seal the previously filed document (Dkt No. 33-2), which has already been restricted by the ECF Help Desk. We have conferred with Plaintiff's counsel, who has no objection to this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Brittany J. Schoepp-Wong

For the reasons set forth by counsel in this letter, the Clerk of Court shall limit the viewing of docket number 33-2 on ECF to SEALED and any viewing of that document shall be limited to the parties and Court personnel.

The Clerk of Court shall close docket number 41.

The Clerk of Court shall close docket numbers 16, 22, 23, and 24 and mark them DENIED as moot.

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
October 2, 2026