BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**BRITTANY J. SCHOEPP-WONG**
bschoeppwong@bsk.com
P: 646.253.2342

October 5, 2026

The underlined request is GRANTED.
**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge
October 5, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Chambers 2220
New York, NY 10007

***Re: Rachel Varley v. New York University and Hillel International Inc., Case No. 1:26-CV-4339(LAP)***

Dear Judge Preska:

We represent defendant New York University ("NYU") in the above-referenced matter. On October 2, 2026, this Court granted NYU's letter motion to seal Dkt. No. 33-2, which was a copy of Plaintiff's EEOC charge that included a stray reference to a portion of a student's name that was in all other instances identified by Plaintiff as "Student A." Thereafter, we realized that the identical document had also been filed at Dkt. No. 17-2, as part of the first motion to dismiss that is now moot.

For the same reasons articulated in our original application and consistent with Your Honor's October 2, 2026 ruling (Dkt. No. 43) and ECF Rule 21.7, we respectfully request that Your Honor formally seal Dkt. No. 17-2 for the same reasons as Dkt. No. 33-2. The ECF Help Desk has already restricted the filing, and an appropriately redacted copy of the EEOC charge is already filed at Dkt. No. 41-1. We apologize for the duplicative nature of this request and thank the Court for its consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Brittany J. Schoepp-Wong